**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7208

RYAN RANDALL RAMEY,

Defendant – Appellant,

versus

CHIEF JUSTICE WILLIAM B. TRAXLER, JR.; JUDGE DIANA GRIBBON
MOTZ; JUDGE G. STEVEN AGEE; JUDGE CLYDE H. HAMILTON;
RICHARD SEWELL, Case Manager; SAMUEL W. PHILLIPS,
Secretary; JOHN DOE, c/o Secretary; JANE DOE, c/o
Secretary,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William B. Nickerson, Senior District
Judge.  (1:14-cv-02390-WMN)

Submitted:  December 16, 2014        Decided:  December 19, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ryan Randall Ramey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Randall Ramey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ramey v. Chief Justice Wm. B. Traxler, No. 1:14-cv-02390-WMN (D. Md. Aug. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED